UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       Plaintiff,

**MOTION SCHEDULING ORDER**

-vs-

08-CR-6124

CLEVELAND VALENTINE,

       Defendant.

On July 23, 2009, the Government filed their objections to the Report and Recommendation of Magistrate Judge Jonathan W. Feldman (Dkt. #31). Defendant is hereby directed to file a response to the Government's objections on or before August 24, 2009.

**IT IS SO ORDERED**.

_____
DAVID G. LARIMER
UNITED STATES DISTRICT JUDGE

Dated:    July 24, 2009
           Rochester, New York